No. 75–5570. LOCKMAN *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 75–5628. McDONALD *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 74–1374. PILUSO *v.* UNITED STATES, *ante,* p. 874;

No. 74–1384. CLAY COMMUNICATIONS, INC. *v.* SPROUSE, *ante,* p. 882;

No. 74–1442. PETERSON *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., *ante,* p. 830;

No. 74–1474. DICKSON *v.* DICKSON, *ante,* p. 832;

No. 74–1504. BAGLEY PRODUCE, INC. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 833;

No. 74–1532. COCKE *v.* CANTOR ET AL., *ante,* p. 835;

No. 74–1562. MERETSKY *v.* UNITED STATES, *ante,* p. 836;

No. 74–6323. JORDAN *v.* UNITED STATES, *ante,* p. 842;

No. 74–6707. BOWERSKI, AKA BONAFONTI *v.* UNITED STATES, *ante,* p. 860;

No. 74–6719. ESCOFIL *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 804;

No. 74–6724. MONTANO-SEVILLA *v.* IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 861;

No. 74–6729. THORNTON *v.* LOUISIANA, *ante,* p. 861;

No. 74–6753. BENNETT *v.* DIRECTOR OF INTERNAL REVENUE FOR NORTH CAROLINA ET AL., *ante,* p. 862;

No. 75–5. SERRA *v.* UNITED STATES, *ante,* p. 863;

No. 75–156. DALLAS CAP & EMBLEM MFG., INC. *v.* BOSTON PROFESSIONAL HOCKEY ASSN., INC., ET AL., *ante,* p. 868;

No. 75–170. THOMPSON *v.* CITY OF COVINGTON ET AL., *ante,* p. 869; and

No. 75–5114. ALERS *v.* TOLEDO ET AL., *ante,* p. 897. Petitions for rehearing denied.